IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2016 DEC -2  PM 1: 15

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| RYDER TRUCK RENTAL, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:16-CV-476-LY |
| STATE AUTOMOBILE MUTUAL | § | |
| INSURANCE COMPANY ALSO | § | |
| KNOWN AS STATE AUTO | § | |
| INSURANCE COMPANIES, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the Joint Stipulation of Dismissal filed December 1, 2016 (Clerk's Doc. No. 12). The court has reviewed and approves the stipulation. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and fees.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this _2nd_ day of December, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE